UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 24-20250
                                        Honorable Linda V. Parker

D-4 BAYANDRE BUFORD,

    Defendant.
_____/

**OPINION AND ORDER DENYING SECOND MOTION
TO MODIFY BOND CONDITIONS (ECF No. 136) AND
MODIFYING BOND CONDITIONS**

    This matter is currently before the Court on Defendant Bayandre Buford's second motion to modify bond conditions. (ECF No. 136.) Buford pleaded guilty to conspiracy to commit robbery involving controlled substances under 18 U.S.C. § 2118(d) and robbery involving controlled substances under 18 U.S.C. § 2118(a) on October 9, 2024. As robbery involving controlled substances is a crime of violence for detention purposes, Buford is subject to mandatory pre-sentence detention absent an applicable exemption. *See* 18 U.S.C. 3143(a)(2).[1]

---

[1] The Court notes that, as described in the Government's response (ECF No. 141), Buford's motion alludes to standard for detention for a defendant pending trial under 18 U.S.C. § 3142. This standard does not apply in this case as Buford stands convicted and is awaiting sentencing.

Section 3143(a)(2) exempts a defendant from detention when there is a "substantial likelihood that a motion for acquittal or new trial will be granted," 18 U.S.C. § 3143(a)(2)(A)(i), or when "the Government has recommended that no sentence of imprisonment be imposed," 18 U.S.C. § 3143(a)(2)(A)(ii).  Neither of these exemptions apply in this case.

The Court finds that there is no compelling reason to allow for the modification that Buford requests, namely, a tether with curfew.  However, there is justification for the more moderate modification requested by the Government so that Buford may attend to his affairs without requesting leave of Court.

For the foregoing reasons, **IT IS ORDERED** that Buford's bond conditions are modified to home detention with essential and discretionary leaves.

**SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: January 22, 2025